**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

JUVENILE MALE,
            *Defendant-Appellant.*

No. 07-30290

D.C. No.
CR-05-00054-SEH
District of Montana,
Great Falls

ORDER

On Remand From The United States Supreme Court

Filed August 8, 2011

Before: Stephen Reinhardt, A. Wallace Tashima, and
M. Margaret McKeown, Circuit Judges.

---

**ORDER**

In light of the Supreme Court's decision in *United States v. Juvenile Male*, dated June 27, 2011, this appeal is DISMISSED as moot.